UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------x

DAMIAN MARTIN

                                                                   Civil Action No:
                                                                   1:23-cv-4932

                            Plaintiff,

-v.-
KWIAT ENTERPRISES, LLC,

                            Defendants.

------------------------------------------------------------

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff and the Defendant Kwiat Enterprises, LLC that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** November 3, 2023

| **For Plaintiff Damian Martin** | **For Defendant Kwiat Enterprises, LLC** |
|---|---|
| *s/Mark Rozenberg* | *s/Vinay Patel* |
| Mark Rozenberg | Vinay Patel |
| Stein Saks, PLLC | Littler Mendelson, PC |
| One University Plaza | 900 Third Ave |
| Hackensack, NJ 07601 | New York, NY 10022 |
| Ph: (201) 282-6500 | Ph: (212) 583-2692 |
| mrozenberg@steinsakslegal.com | vpatel@littler.com |

## CERTIFICATE OF SERVICE

     I certify that on November 3, 2023, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                               */s/ Mark Rozenberg*
                                               Mark Rozenberg
                                               **Stein Saks, PLLC**
                                               *Attorneys for Plaintiff*