UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
DAMIAN MARTIN

                                                                                               Civil Action No:
                                                                                              1:23-cv-4932

                                    Plaintiff,

-v.-
KWIAT ENTERPRISES, LLC,

                                    Defendants.
-----------------------------------------------------------------

### JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff and the Defendant Kwiat Enterprises, LLC that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** November 3, 2023

| For Plaintiff Damian Martin | For Defendant Kwiat Enterprises, LLC |
|---|---|
| *s/Mark Rozenberg* | *s/Vinay Patel* |
| Mark Rozenberg | Vinay Patel |
| Stein Saks, PLLC | Littler Mendelson, PC |
| One University Plaza | 900 Third Ave |
| Hackensack, NJ 07601 | New York, NY 10022 |
| Ph: (201) 282-6500 | Ph: (212) 583-2692 |
| mrozenberg@steinsakslegal.com | vpatel@littler.com |

So Ordered.

s/Nicholas G. Garaufis

Hon. Nicholas G. Garaufis
Date: 11/6/23